UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OASIS FOCUS FUND LP,

                Petitioner,

-against-

YORK CAPITAL MANAGEMENT; ROBERTA LIPSON in her capacity as trustee for Benhamin Lipson Plafker Trust, Daniel Lipson Plafker Trust, Johnathan Lipson Plafker Trust, Ariel Benjamin Lee Trust, and Lipson 2021 GRAT; WARBURG PINCUS LLC; and MICHAEL GARROW,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022

22 Misc. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 1, 2022, Petitioner filed a motion for discovery. ECF No. 1. Respondents have yet to respond. Accordingly:

1. By **August 22, 2022**, Respondents shall file their opposition; and
2. By **August 29, 2022**, Petitioner shall file a reply, if any.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge