UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2022__
```

OASIS INVESTMENTS II MASTER FUND LTD.,

                    Petitioner,

      -against-

YORK CAPITAL MANAGEMENT; ROBERTA
LIPSON in her capacity as trustee for Benjamin Lipson
Plafker Trust, Daniel Lipson Plafker Trust, Johnathan
Lipson Plafker Trust, Ariel Benjamin Lee Trust, and
Lipson 2021 GRAT; WARBURG PINCUS LLC; and
MICHAEL GARROW,

                    Respondents.

22 Misc. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed stipulation and protective order.  ECF No.
45.  This Court will not retain jurisdiction to enforce this order after termination of the litigation.
*See id.* ¶ 21.  Accordingly, by **January 5, 2023**, the parties shall file an amended proposed order.

       SO ORDERED.

Dated: December 29, 2022
      New York, New York

                              _____
                               ANALISA TORRES
                        United States District Judge