```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/23/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OASIS INVESTMENTS II MASTER FUND LTD.,

               Petitioner,

-against-

YORK CAPITAL MANAGEMENT; ROBERTA LIPSON in her capacity as trustee for Benjamin Lipson Plafker Trust, Daniel Lipson Plafker Trust, Johnathan Lipson Plafker Trust, Ariel Benjamin Lee Trust, and Lipson 2021 GRAT; WARBURG PINCUS LLC; and MICHAEL GARROW,

               Respondents.

22 Misc. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The hearing scheduled for January 31, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 23, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge