USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 1/26/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>OASIS INVESTMENTS II MASTER FUND LTD.,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 22-mc-00208-AT |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed without prejudice against Respondent Roberta Lipson pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: January 24, 2023
New York, NY

Duane L. Loft
Brianna Hills Simopoulos

PALLAS PARTNERS (US) LLP
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970 2321
Duane.Loft@pallasllp.com
Brianna.Simopoulos@pallasllp.com

*Counsel for Petitioner*

Stephen P. Blake
Bo Bryan Jin (*pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sblake@stblaw.com
bryan.jin@stblaw.com

*Counsel for Respondent Roberta Lipson*

The Clerk of Court is directed to terminate Respondent, Roberta Lipson, from the docket.

SO ORDERED.

Dated: January 26, 2023
New York, New York

ANALISA TORRES
United States District Judge